LEIGHTON D. TEETER, as Administrator of the Estate of MILDRED J. TEETER, Deceased, Plaintiff, v. CARL E. BURHANS, Appellant, and STEPHEN UHROVICH, Respondent.— STALEY, JR., J.

616

Herlihy, J. P., Reynolds, Aulisi, and Staley, Jr., JJ., concur in a memorandum by Staley, Jr., J.